# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIDAS SHIPPING NAVIGATION CORPORATION,           :
                                                 :
                    Plaintiff,                   :       07 Civ. 08702 (PKC)
                                                 :
    - against -                                  :       ECF CASE
                                                 :
SHUN SHING GLOBAL FZE,                           :
                                                 :
                    Defendant.                   :
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: April 14, 2007
       Southport, CT

                            The Plaintiff,
                            MIDAS SHIPPING NAVIGATION
                            CORPORATION

                            By: _____
                            Nancy R. Peterson (NP 2871)
                            LENNON, MURPHY & LENNON, LLC
                            420 Lexington Ave., Suite 300
                            New York, NY 10170
                            Phone (212) 490-6050
                            Fax (212) 490-6070
                            nrp@lenmur.com

SO ORDERED:
_____
U.S.D.J.

4-14-08